# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **NOBLE CORPORATION PLC**, *et al.*, | **Case No. 20-33826 (DRJ)** |
| **Debtors.**[1] | **Jointly Administered** |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES, PLEADINGS AND ORDERS

**PLEASE TAKE NOTICE** that the undersigned law firm, Milbank LLP, hereby appears in the above-captioned case on behalf of Ad Hoc Group of Legacy Noteholders (the "Ad Hoc Group"), pursuant to Sections 102(1), 342 and 1109(b) of Title 11, United States Code (the "Bankruptcy Code") and Rules 2002, 9007, 9008, 9010(b), 9013 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and hereby requests that copies of all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address and by email to:

Evan R. Fleck
Matthew L. Brod
Milbank LLP
55 Hudson Yards
New York, NY 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
efleck@milbank.com
mbrod@milbank.com

---

[1] Due to the large number of Debtors in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/noble. The location of Debtor Noble Corporation plc's principal place of business in the United States and the Debtors' service address in these chapter 11 cases is 13135 Dairy Ashford, Suite 800, Sugar Land, Texas 77478.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109 of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and the Bankruptcy Code provisions specified above, but also includes without any limitation, any notice, application, motion, petition, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, hand or courier delivery, telephone, telegraph, telecopy, telex, electronically or otherwise filed with regard to this case and any other proceedings herein which affect or seek to affect, in any way, the debtors or property or proceeds in which the debtors may claim or have an interest.

**PLEASE TAKE FURTHER NOTICE** that this Notice is not intended to be, and shall not constitute, consent by the Ad Hoc Group to the Bankruptcy Court's subject matter jurisdiction, personal jurisdiction, or core jurisdiction.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice, any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with this case is intended to waive (i) the right to have final orders in non-core matters entered only after <u>de novo</u> review by a District Court Judge, (ii) the right to trial by jury in any case, controversy, or proceeding, (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, and (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which the Ad Hoc Group is, or may be entitled, under agreements, in law or in equity, which are hereby expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that request is also made that the undersigned be added to any official service list for notice of all contested matters, adversary proceedings or any other proceedings in this case.

| | |
|---|---|
| Dated:  August 1, 2020<br>Houston, Texas | */s/ Matthew D. Cavenaugh*<br>**JACKSON WALKER L.L.P.**<br>Matthew D. Cavenaugh (TX Bar No. 24062656)<br>Kristhy M. Peguero (TX Bar No. 24102276)<br>Cameron Secord (TX Bar No. 24093659)<br>1401 McKinney Street, Suite 1900<br>Houston, Texas 77010<br>Telephone:     (713) 752-4200<br>Facsimile:     (713) 752-4221<br>Email:          mcavenaugh@jw.com<br>                     kpeguero@jw.com<br>                     csecord@jw.com<br><br>-and-<br><br>**MILBANK LLP**<br>Evan R. Fleck (*pro hac vice* pending)<br>Matthew L. Brod (*pro hac vice* pending)<br>55 Hudson Yards<br>New York, New York 10001<br>Telephone:     (212) 530-5000<br>Facsimile:     (212) 530-5219<br>Email:          efleck@milbank.com<br>                     mbrod@milbank.com<br><br>*Co-Counsel to the Ad Hoc Group of Legacy Noteholders* |

## Certificate of Service

I hereby certify and verify that on August 1•, 2020 the forgoing instrument was served via CM/ECF to all parties registered to receive electronic notice.

By: /s/ Matthew D. Cavenaugh
Matthew D. Cavenaugh